1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Acuity, A Mutual Insurance Company, | Case No. 2:23-cv-01366-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| NAB LLC, dba NAB Nail Salon, dba NAB Nail Bar; Asia Trinh; and Nicole Brown, et al., | |
| Defendants. | |

Before the Court is Defendants NAB LLC, dba NAB Nail Salon, dba NAB Nail Bar; Asia Trinh; and Nicole Brown's motion to extend time to respond to Plaintiff Acuity, A Mutual Insurance Company's complaint. (ECF No. 8). Defendants explain that they are attempting to find counsel while also maintaining their business. Defendants request an additional sixty days to respond. Plaintiff filed a response which did not oppose the extension. (ECF No. 9).

The Court finds that Defendants have demonstrated good cause and excusable neglect to extend their deadlines to respond to the complaint. *See* Fed. R. Civ. P. 6(b); *see* Local Rule IA 6-1. The Court thus grants Defendants' motion and will extend the deadline to respond for sixty days from the earliest response deadline: October 2, 2023. For the sake of clarity, the Court makes the deadline for all Defendants to respond the same.

**IT IS THEREFORE ORDERED** that Defendants' motion to extend (ECF No. 8) is **granted.** The deadline for all Defendants to respond to Plaintiff's complaint is **December 1, 2023.**

DATED: October 19, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE