# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Acuity A Mutual Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>NAB LLC dba NAB Nail Salon dba NAB Nail Bar, a Nevada limited liability company; Asia Trinh, an individual; Nicole Brown, an individual; et al.,<br><br>Defendants. | Case No. 2:23-cv-01366-RFB-DJA<br><br>**Order** |

This matter is before the Court on the Court's review of the docket. Defendant NAB LLC dba NAB Nail Salon dba NAB Nail Bar has not appeared in this action through counsel. Instead, Defendants Asia Trinh and Nicole Brown have filed various documents *pro se* on their own behalf and on behalf of NAB. However, because it is a company, NAB must retain counsel to proceed in this action. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel). The Court will thus require NAB to retain counsel.

**IT IS THEREFORE ORDERED** that NAB LLC dba NAB Nail Salon dba NAB Nail Bar must retain counsel on or before **January 11, 2024**. NAB must either file a status report regarding their retention of counsel, or NAB's counsel must file a notice of appearance, on or before **January 11, 2024**. **Failure to comply with this order will result in a recommendation for default to the district judge.**

DATED: December 12, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE