MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
7251 W. Lake Mead Blvd,, Ste. 300 #359
Las Vegas, Nevada 89128
Phone: 702-240-6060
Direct Line: 702-562-4010
Fax: 702-549-8855
mmills@blwmlawfirm.com

Attorneys for Plaintiff
ACUITY, a Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, a Mutual Insurance Company,<br><br>    Plaintiff,<br><br>vs.<br><br>NAB LLC, dba NAB NAIL SALON, dba NAB NAIL BAR, a Nevada Limited Liability Company, ASIA TRINH, an individual, NICOLE BROWN, an individual, DOE INDIVIDUALS I through X inclusive and ROE BUSINESS ENTITIES I through X inclusive,<br><br>    Defendants. | CASE NO:   2:23-cv-01366-RFB-DJA |

## SUBSTITUTION OF ATTORNEY

Plaintiff ACUITY, A Mutual Insurance Company hereby substitutes Philip Goodhart, Esq. Thorndal Armstrong, PC, 600 S. Las Vegas Blvd., Suite 400, Las Vegas, NV 89101, Phone 702-366-0622, Fax 702-366-0327 as its attorney to represent it for all purposes in

/ / /

/ / /

/ / /

/ / /

SUBSTITUTION OF ATTORNEY
- PAGE 1

4141448v1

1 | The above-entitled action in the place of Michael C. Mills, Esq. of Bauman Loewe Witt &
2 | Maxwell, 7251 W. Lake Mead Blvd., Suite 300 #359, Las Vegas, NV 89128.
3 |   DATED this 22 day of November, 2024.

ACUITY, a Mutual Insurance Company,
Plaintiff

By _____

Its _Sr. Field Claims Representative_

9 |   I, Philip Goodhart, Esq. am duly admitted to practice in this District. Therefore, I
10 | hereby agree to be substituted in the place of Michael C. Mills, Esq. of Bauman Loewe
11 | Witt & Maxwell, 7251 W. Lake Mead Blvd., Suite 300 #359, Las Vegas, NV 89128 in the
12 | above-entitled action as attorney for Plaintiff ACUITY, a Mutual Insurance Company.
13 |   DATED this 10th day of ~~November~~ December, 2024.

/s/ Philip Goodhart, Esq.
Philip Goodhart, Esq.
Nevada Bar No. 005332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
Phone 702-366-0622
Fax 702-366-0327

20 |   I hereby agree to the substitution of Philip Goodhart, Esq., Thorndal, Armstrong,
21 | P.C., 600 S. Las Vegas Blvd., Suite 400 Las Vegas, NV 89101, Phone 702-366-0622,
22 | Fax 702-366-0327, as attorney for Plaintiff ACUITY, a Mutual Insurance Company in the
23 | above-entitled action in my place and stead.
24 |   DATED this 10th day of ~~November~~ December, 2024.

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
7251 W. Lake Mead Blvd., Ste. 300 #359

SUBSTITUTION OF ATTORNEY
- PAGE 2

4141448v1

Las Vegas, Nevada 89128
Attorneys for Plaintiff
ACUITY, a Mutual Insurance Company

**IT IS SO ORDERED** that the substitution of counsel (ECF No. 90) is GRANTED.

DATED: 12/11/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

COMES NOW Plaintiff Acuity, A Mutual Insurance Company, by and through its counsel of record, Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell PLLC, and hereby states that a true and correct copy of this **SUBSTITUTION OF ATTORNEY** was served upon all parties to this action by United States Mail, Postage Prepaid to the following:

NAB, LLC dba NAB Nail Salon
dba NAB Nail Bar
8891 W. Flamingo Rd., Ste. 101
Las Vegas, NV 89147
Defendant

Nicole Brown
9360 W Flamingo Rd., 110-218
Las Vegas, NV 89147
Defendant

Asia Trinh
9360 W Flamingo Rd., 110-218
Las Vegas, NV 89147
Defendant

DATED THIS 10th day of December, 2024

_Sarah L. Johnson_
An employee of Bauman Loewe Witt & Maxwell