# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Acuity A Mutual Insurance Company, | Case No. 2:23-cv-01366-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| NAB, LLC dba NAB Nail Salon dba NAB Nail Bar, a Nevada limited liability company; Asia Trinh, an individual; and Nicole Brown, an individual; et al., | |
| Defendants. | |

Before the Court is Defendant Nicole Brown's motion to strike "Plaintiff's Exhibit 160" (ECF No. 102). However, Brown does not explain where this exhibit is on the docket or to which of Plaintiff's filings it is attached. Because the Court cannot find the exhibit Brown seeks to strike, the Court denies her motion without prejudice.

Also before the Court is Brown's motion to compel. (ECF No. 103). However, Brown does not include a declaration of meet and confer in her motion. Both the Federal Rules of Civil Procedure and the Local Rules for this Court require that a party moving to compel a disclosure or discovery include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the disclosure or discovery. *See* Fed. R. Civ. P. 37(a)(1); *see* LR 26-6(c). Because this certification is absent, the Court denies the motion to compel without prejudice.

**IT IS THEREFORE ORDERED** that Brown's motions (ECF Nos. 102, 103) are **denied without prejudice.** The Clerk of Court is kindly directed to send a copy of this motion to Brown.

DATED: May 21, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE